[979 NE2d 1192, 955 NYS2d 865]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TOBIAS BOYLAND, Appellant.

Decided November 19, 2012

**APPEARANCES OF COUNSEL**

*David J. Seeger*, Buffalo, and *Leigh E. Anderson*, for appellant.

*Frank A. Sedita, III, District Attorney*, Buffalo (*Donna A. Milling* of counsel), for respondent.

**OPINION OF THE COURT**

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed. Whether a protective sweep is justified under particular circumstances involves a mixed question of law and fact. Where, as here, there exists record support for the Appellate Division's

resolution of this question, the issue is beyond this Court's further review. Defendant's remaining claims are without merit.

Concur: Chief Judge LIPPMAN and Judges CIPARICK, GRAFFEO, READ, SMITH and PIGOTT.